# Exhibit "A"

**DELIVER THESE PAPERS TO YOUR LIABILITY INSURANCE CARRIER IMMEDIATELY. YOUR FAILURE TO DO SO MAY RESULT IN THE LOSS OF COVERAGE.**

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

Index Number:
Date Purchased

------------------------------------------------------------------------X

SILVERIO FORD

Plaintiff,

Plaintiff designates
KINGS COUNTY
as the place of trial.

The basis of the venue is
Defendant's Residence:
1598 Flatbush Avenue
Brooklyn, NY 11210

-against-

TARGET CORPORATION

Defendant(s).

**-<u>SUMMONS</u>-**

------------------------------------------------------------------------X

To the above named Defendant:

YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney within TWENTY DAYS after the service of this summons, exclusive of the day of service, or within THIRTY DAYS after the service is complete if this summons is not personally delivered to you within the State of New York; and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
October 4, 2023,

Yours, etc.

Kurt Robertson, Esq.
Robertson & Associates
Attorneys for the Plaintiff
200 Vesey Street, 24th Floor
New York, NY 10281
Ph.: (929) 438-5878

TO:

TARGET CORPORATION
1598 Flatbush Avenue
Brooklyn, NY 11210

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------------------------X
SILVERIO FORD

Index No.:

Plaintiff,

-against-

**VERIFIED COMPLAINT**

TARGET CORPORATION

Defendants.
---------------------------------------------------------------------X

The Plaintiff(s), SILVERIO FORD, by his attorneys ROBERTSON & ASSOCIATES, upon information and belief, alleges the following:

**THE PARTIES**

1. At all times herein mentioned, the Plaintiff, SILVERIO FORD, was and is a resident of the County of Kings, State of New York.

2. The defendant, TARGET CORPORATION, was and now is a domestic New York corporation, duly organized and existing under and by virtue of the laws of the State of New York.

3. The defendant, TARGET CORPORATION, does business in the State of New York, county of Kings.

4. At all times hereinafter mentioned, TARGET CORPORATION, is located at 1598 Flatbush Ave, Brooklyn, NY 11210 (hereinafter, "the premises").

5. At all times hereinafter mentioned, TARGET CORPORATION owned the premises.

6. At all times hereinafter mentioned, TARGET CORPORATION, leased the premises.

7. At all times hereinafter mentioned, TARGET CORPORATION, acted as lessor of

the premises.

8. At all times hereinafter mentioned, TARGET CORPORATION, acted as lessee of the premises.

9. At all times hereinafter mentioned, TARGET CORPORATION, controlled the premises.

10. At all times hereinafter mentioned, TARGET CORPORATION, managed the premises.

11. At all times hereinafter mentioned, TARGET CORPORATION, operated a retail establishment at the premises.

12. At all times hereinafter mentioned, TARGET CORPORATION, maintained the stairs, escalators and staircases at the premises.

**AS AND FOR A CAUSE OF ACTION**

13. Plaintiff repeats and realleges each and every allegation previously set forth herein with full force and effect.

14. That on November 12, 2022, the Plaintiff, SILVERIO FORD, was lawfully present at the premises.

15. That on November 12, 2022, Plaintiff was sustained severe and permanent personal injuries as a result of a trip and fall accident when he took the escalators and slip/fall on the 2nd to 3rd step going down 20 plus steps at the aforementioned premises.

16. That the above-mentioned occurrence, and results thereof, were caused by the negligence of the Defendant's servants, agents, employees and/or licensees in the ownership, operation, management, repair, supervision and control of the aforesaid premises.

17. That the Defendants had actual notice of this defective condition prior to

November 12, 2022.

18. That the Defendants had constructive notice of this defective condition prior to November 12, 2022.

19. The upon information and belief, Defendants caused and created this defective and dangerous conditions.

20. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any matter whatsoever.

21. That by reason of the foregoing, Plaintiff, SILVERIO FORD was caused to sustain serious injuries and to have suffered pain, shock, mental anguish; that these injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

22. This action falls within one or more of the exemptions set forth in CPLR § 1602.

23. The limitations on liability set forth in CPLR Section 1601 do not apply to this action by reason of one or more exceptions set forth in CPLR Section 1602.

24. That by reason of the foregoing, Plaintiff, SILVERIO FORD was damaged in a sum which exceeds the jurisdictional limits of all courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff demands judgment against the Defendant, in a sum exceeding the jurisdictional limits of the lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated: New York, New York
October 4, 2023

Yours, etc.

Kurt Robertson, Esq.
Robertson & Associates
Attorneys for Plaintiff
200 Vesey Street, 24th Floor
New York, New York 10281
(929) 438-5878

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

--------------------------------------------------------------------------X

Index No:

SILVERIO FORD

*Plaintiff(s),*

**NOTICE OF COMMENCEMENT OF ACTION FOR PERSONAL INJURIES PURSUANT TO CPLR 306-C**

-against-

TARGET CORPORATION

Defendant(s),

--------------------------------------------------------------------------X

**PLEASE TAKE NOTICE** that pursuant to CPLR-C notice is hereby given of commencement of an action for personal injuries on behalf of the following:

**Name**: SILVERIO FORD
**Address**: 1039 Ocean Avenue, Brooklyn, NY 11226
**Date of incident**: November 12, 2022

Dated: New York, New York
October 4, 2023

I have read the foregoing and I certify that, upon information and belief, the source of which is the review of a file maintained by my office, that the foregoing Notice of Commencement of Action for Personal Injuries Pursuant to CPLR 306-C is not frivolous as defined in subsection (c) of section 130-1.1 of the rules of the Chief Administrator.

Kurt Robertson

______________________________

KURT ROBERTSON, ESQ.

To:

THE CLERK OF THE COURT

**Via Certified Mail Return Receipt Requested**
New York State Department of Health
Division of Legal Affairs
Corning Tower Building
Room 2438
Albany, New York 12237

Human Resources Administration
Office of Legal Affairs/Subpoena Unit
4 World Trade Center
150 Greenwich Street, 38th Floor
New York, New York 10007

**AFFIDAVIT OF SERVICE BY MAIL**

STATE OF NEW YORK )

COUNTY OF NEW YORK ) SS.:

Kurt Robertson, Esq. an attorney duly admitted to practice law before the Courts of the State of New York, affirms the following under the penalties pf perjury:

I am not a party to this action: I am over the age of 18 years.

That on the _____ day of April 2023, deponent served the within Plaintiff's **NOTICE OF COMMENCEMENT OF ACTION FOR PERSONAL INJURIES PURSUANT TO CPLR 306-C** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

THE CLERK OF THE COURT

**Via Certified Mail Return Receipt Requested**
New York State Department of Health
Division of Legal Affairs
Corning Tower Building
Room 2438
Albany, New York 12237

City of New York Human Resources Administration
Division of liens and recovery
P.O. Box. 3786
Church Street Station
New York, NY 10008-3786

Kurt Robertson

Kurt Robertson, Esq.

## ATTORNEY VERIFICATION

*Kurt Robertson, an attorney at law, duly admitted to practice in the Courts of the State of New York, affirms under the penalties of perjury that:*

*He is the attorney for the plaintiff(s) in the above entitled action. That he has read the foregoing VERIFIED COMPLAINT and knows the contents thereof, and upon information and belief, deponent believes the matters alleged therein to be true.*

*The reason this Verification is made by deponent and not by the plaintiff(s) is that the plaintiff(s) herein reside(s) in a county other than the one in which the plaintiff's attorneys maintain their office.*

*The source of deponent's information and the grounds of his belief are communication, papers, reports and investigation contained in the file.*

DATED: New York, New York
October 4, 2023

____KurtRobertson____________________
Kurt Robertson, Esq.

Index No. :

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

==============================================

SILVERIO FORD

Plaintiff(s),

-against-

TARGET CORPORATION

Defendant(s).

==============================================

SUMMONS AND VERIFIED COMPLAINT

==============================================

ROBERTSON & ASSOCIATES
Attorneys for : Plaintiff(s)
Office and Post Office Address, Telephone
200 Vesey Street, 24th Floor
New York, NY 10281
(929) 438-5878

==============================================

To
Attorney(s) for

==============================================

Service of a copy of the within
is hereby admitted.
Dated,

_______________________________

Attorney(s) for

==============================================

PLEASE TAKE NOTICE:
• NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within name court on 19
• NOTICE OF SETTLEMENT
that an order of which the within is a true copy
will be presented for settlement to the HON. One of the judges of the
within named Court, at
on at M.
Dated

Yours, etc.
ROBERTSON & ASSOCIATES

==============================================